# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

**MEMO ENDORSED**

May 23, 2020

6/15/20
Sentencing adj to Nov. 12, 2020
At 4pm.

VIA ELECTRONIC FILING

Hon. Colleen McMahon
Chief, U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *U.S. v. Jabron Green*, 19 cr. 496 (CM)

Dear Chief Judge McMahon:

    I represent Jabron Green in the above-referenced matter. Mr. Green pleaded guilty to a narcotics sale before Magistrate James L. Cott. His guilty plea was accepted by this Court. Judge Cott set a control date of June 26, 2020. Given the COVID-19 pandemic, the defense requests a sentencing date in November of 2020. Mr. Green is at liberty pending sentence. Mr. Green faces mandatory incarceration upon sentencing. As of May 21, 2020, 1735, inmates within the Bureau of Prisons (BOP) have tested positive for COVID-19.[1] 59 BOP inmates have died from COVID-19.[2] The defense is concerned for Mr. Green's safety. I request an adjournment of the sentencing hearing. I have the consent of the Government for this request.

    Please contact me if you have any questions or concerns.

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

---

[1] https://www.bop.gov/coronavirus/

[2] *Id.*

1



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/20

cc: Timothy Capozzi, Assistant United States Attorney (via electronic mail)
    Maurene Comey, Assistant United States Attorney (via electronic mail)
    Aline Flodr, Assistant United States Attorney (via electronic mail)
    D. Andrew Marshall, Esq. (via electronic mail)