# KIRTON LAW FIRM

Marlon G. Kirton, Esq.

Nassau County:
175 Fulton Avenue, Suite 305
Hempstead, New York 11550
Tel. # (516) 833-5617
Fax # (516) 833-5620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2022

February 10, 2022

VIA ELECTRONIC FILING

Hon. Colleen McMahon
U.S. District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Memo Endorsement 2/11/2022
Granted

S/Colleen McMahon

*[signature]*

MEMO ENDORSED

Re: *U.S. v. Jabron Green*, 19 cr. 496 (CM)

Dear Judge McMahon:

    I represent Jabron Green in the above-referenced matter. Mr. Green has been sentenced is at liberty pending a self-surrender. I request an adjustment of Mr. Green's bail conditions to allow him to take a one-day trip to the District of New Jersey for a Super Bowl party on Sunday, February 13, 2022.

    Mr. Green has the following bail conditions:
1. Defendant must execute a $100,000 PRB co-signed by three (3) financially responsible persons and secured by his wife's Manhattan coop; 2. Defendant's supervision will include home detention with electronic monitoring; 3. Defendant is to maintain employment; 4. Defendant's travel is restricted to the SDNY and the EDNY; 5. Defendant must surrender all passports and make no new applications; 6. Defendant must submit to drug testing at the discretion of the Probation Department; and 7. Defendant must comply with all of the other standard conditions of pretrial release.

    The event is an annual event and will be hosted by Mr. Green's sister-in-law. Mr. Green will travel by car and not stay overnight in New Jersey. Pretrial Services consent to this request. The Government takes no position. Pretrial services confirmed that Mr. Green remains in full compliance with the terms of his release.

    Please contact me if you have any questions or concerns.

1

Sincerely,

s/Marlon G. Kirton
Marlon G. Kirton, Esq.

cc: Timothy Capozzi, Assistant United States Attorney (via electronic mail)
Maurene Comey, Assistant United States Attorney (via electronic mail)
Aline Flodr, Assistant United States Attorney (via electronic mail)
D. Andrew Marshall, Esq. (via electronic mail)